IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-055-RLV-DCK

| COREPOINTE INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TILLEY MOTORCYCLE SALES, INC., THE ESTATE OF WILLIAM DONALD TILLEY, and DORIS ROBINETTE TILLEY, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Elizabeth Franks, concerning Chris Cavaliere on April 29, 2015. Mr. Chris Cavaliere seeks to appear as counsel *pro hac vice* for Plaintiff CorePointe Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Chris Cavaliere is hereby admitted *pro hac vice* to represent Plaintiff CorePointe Insurance Complaint.

Signed: April 29, 2015

David C. Keesler
United States Magistrate Judge