IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-055-RLV-DCK

| | |
|---|---|
| COREPOINTE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) TILLEY MOTORCYCLE SALES, INC., ) THE ESTATE OF WILLIAM DONALD ) TILLEY, and DORIS ROBINETTE ) TILLEY, ) ) Defendants. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) filed by Elizabeth Franks, concerning Edward Francis Ruberry on September 3, 2015. Mr. Ruberry seeks to appear as counsel *pro hac vice* for Plaintiff CorePointe Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) is **GRANTED.** Mr. Ruberry is hereby admitted *pro hac vice* to represent Plaintiff CorePointe Insurance Complaint.

Signed: September 4, 2015

David C. Keesler
United States Magistrate Judge