# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-055-RLV-DCK

| | |
|---|---|
| COREPOINTE INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TILLEY MOTORCYCLE SALES, INC., THE ESTATE OF WILLIAM DONALD TILLEY, and DORIS ROBINETTE TILLEY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) filed by Elizabeth Franks, concerning Daniel Laurence Polsby on September 3, 2015. Mr. Polsby seeks to appear as counsel *pro hac vice* for Plaintiff CorePointe Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) is **GRANTED.** Mr. Polsby is hereby admitted *pro hac vice* to represent Plaintiff CorePointe Insurance Complaint.

Signed: September 4, 2015

_____
David C. Keesler
United States Magistrate Judge