**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:15-CV-055-RLV-DCK**

| | |
|---|---|
| **COREPOINTE INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **THE ESTATE OF WILLIAM DONALD** ) | |
| **TILLEY, TILLEY MOTORCYCLE SALES,** ) | |
| **INC. and DORIS ROBINETTE TILLEY,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

THIS MATTER IS BEFORE THE COURT on "Defendant Estate Of William Donald Tilley's First Motion To Seal" (Document No. 37) filed September 15, 2015.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED that "Defendant Estate Of William Donald Tilley's First Motion To Seal" (Document No. 37) is **GRANTED**.

SO ORDERED.

Signed: September 15, 2015

David C. Keesler
United States Magistrate Judge