# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:15-CV-055-RLV-DCK

| | |
|---|---|
| COREPOINTE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TILLEY MOTORCYCLE SALES, INC., THE ) | |
| ESTATE OF WILLIAM DONALD TILLEY; ) | |
| and DORIS ROBINETTE TILLEY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Leave To Take Additional Depositions" (Document No. 50) filed March 2, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Leave To Take Additional Depositions" (Document No. 50) is **GRANTED**. The parties shall have up to and including **April 1, 2016**, in which to conduct the depositions of CorePointe Insurance Company, non-party Ken Ulicki, and non-party Suzanne Pawson.

**SO ORDERED**.

Signed: March 3, 2016

David C. Keesler
United States Magistrate Judge