# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-055-RLV-DCK

| | |
|---|---|
| COREPOINTE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TILLEY MOTORCYCLE SALES, INC., THE ESTATE OF WILLIAM DONALD TILLEY; and DORIS ROBINETTE TILLEY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Wayne P. Huckel, filed a "Certification Of Mediation Session" (Document No. 53) notifying the Court that the parties reached a settlement on March 23, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **April 23, 2016**.

**SO ORDERED**.

Signed: April 4, 2016

David C. Keesler
United States Magistrate Judge